UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HENRY DEQUAN RHODES, | ) |
| Petitioner, | ) |
| v. | ) No. 3:13-mc-00048 |
| | ) Judge Trauger |
| HENRY STEWARD, | ) |
| Respondent. | ) |

**ORDER**

The court has before it a *pro se* petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254. (Docket No. 1). The petitioner is an inmate at the Northeast Correctional Facility in Tiptonville, Tennessee.

The petitioner has not paid the five dollar ($5.00) fee to file a petition for a writ of *habeas corpus* as required under 28 U.S.C. § 1914(a). Neither has he submitted an application to proceed *in forma pauperis* in lieu thereof.

The Clerk is **DIRECTED** to mail the petitioner a blank application to proceed *in forma pauperis*. In turn, the petitioner is **DIRECTED** within thirty (30) days of the date of entry of this order either to pay the $5.00 filing fee, or submit an application to proceed *in forma pauperis*. The petitioner is forewarned that his petition will not be filed until he does one or the other.

It is so **ORDERED**.

Aleta A. Trauger
United States District Judge