**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **HENRY DEQUAN RHODES,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:13-mc-00048** |
| | ) | **Judge Trauger** |
| **HENRY STEWARD,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## O R D E R

The court has before it a *pro se* petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254. (Docket No. 1). The petitioner is an inmate at the Northeast Correctional Facility in Tiptonville, Tennessee.

The petitioner has not paid the five dollar ($5.00) fee to file a petition for a writ of *habeas corpus* as required under 28 U.S.C. § 1914(a). Neither has he submitted an application to proceed *in forma pauperis* in lieu thereof.

The Clerk is **DIRECTED** to mail the petitioner a blank application to proceed *in forma pauperis*. In turn, the petitioner is **DIRECTED** within thirty (30) days of the date of entry of this order either to pay the $5.00 filing fee, or submit an application to proceed *in forma pauperis*. The petitioner is forewarned that his petition will not be filed until he does one or the other.

It is so **ORDERED.**

_____
Aleta A. Trauger
United States District Judge